Dick A. Semerdjian (123630)
**SCHWARTZ SEMERDJIAN BALLARD & CAULEY, LLP.**
101 West Broadway, Suite 810
San Diego, CA 92101
Telephone:  (619) 236-8821
Facsimile:  (619) 236-8827
das@ssbclaw.com

James A. Goniea, Esq. (170849)
AAMCO Transmissions, Inc.
201 Gibraltar Road
Horsham, PA 19044
Telephone: (267) 464-7262
jgoniea@americandriveline.com

Attorneys for Plaintiff AAMCO TRANSMISSIONS, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| AAMCO TRANSMISSIONS, INC., | CASE NO. 11CV1386-WQH-POR |
|---|---|
| Plaintiff, | **NOTICE OF ERRATA TO COMPLAINT FOR BREACH OF FRANCHISE AGREEMENT, FRAUD AND DECEIT AND DECLARATORY RELIEF** |
| v. | |
| ANTONIO A. TROVATO; RICARDO S. TROVATO; and DOES 1-10, inclusive, | |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE Plaintiff, AAMCO TRANSMISSIONS, INC. (hereafter "Plaintiff") respectfully hereby files and serves a Notice of Errata to Complaint for Breach of Franchise Agreement, Fraud and Deceit and Declaratory Relief in the above referenced matter filed with the Court on June 22, 2011.  The Complaint is hereby being revised to correct an inadvertent error pertaining to Exhibits A through D referenced therein which were omitted by error at the time of filing of the Complaint.

-1-

**NOTICE OF ERRATA**
11CV1386-WQH-POR

Attached hereto as Exhibit "1" are Exhibits A, B, C and D to the Complaint.  Attached hereto as Exhibit "2" is a copy of the Complaint as revised.

DATED:     July 6, 2011                    **AAMCO TRANSMISSIONS, INC., AND**

**SCHWARTZ SEMERDJIAN BALLARD & CAULEY, LLP.**

By:   /s/ Dick A. Semerdjian
      Dick A. Semerdjian
      Attorneys for Plaintiff AAMCO
      TRANSMISSIONS, INC., LLC