Christopher J. Reichman, SBN 250485
Justin Prato SBN 246968
**PRATO & REICHMAN, APC**
3737 Camino del Rio South, Suite 303
San Diego, California 92108
Telephone: 619-516-3300
Facsimile: (619) 255-8620

Attorneys for Defendant
Antonio A. Trovato

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AAMCO TRANSMISSIONS, INC., a Pennsylvania Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ANTONIO A. TROVATO, RICARDO S. TROVATO, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2011-cv-1386 WQH POR<br><br>**DEFENDANT ANTONIO A. TROVATO'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND MOTION TO STRIKE IMPROPER ALLEGATIONS UNDER FED.R.CIV.P 9(b), 12(b)(6), 12(f), AND MOTION FOR MORE DEFINITE STATEMENT UNDER 12(e); MEMORANDUM OF POINTS AND AUTHORITIES.**<br><br>Date:9/12/2011<br>Time:11:00 am<br>Courtroom: 4<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT**<br><br>Judge: Hon. William Q. Hayes |

TO PLAINTIFF AAMCO TRANSMISSIONS, INC., AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on September 12, 2011 on 11:00 am, if oral argument is requested by the court, otherwise to be decided on the papers, in Courtroom 4 of the United States District Court for the Southern District of California, Defendant Antonio A. Trovato will and hereby does move to Dismiss Plaintiff's Complaint and to Strike Improper Allegations under Federal Rules of Civil Procedure 9(b), 12(b)(6), and 12(f). Plaintiff also moves for a more definite statement under Federal Rules of Civil Procedure 12(e).

Specifically Antonio A. Trovato seeks: (1) an order dismissing with prejudice Plaintiff's second cause of action for fraud for failure to state a claim upon which relief can be granted under Fed.R.Civ.P 12(b)(6), and 9(b); (2) an order dismissing with prejudice Plaintiff's first cause of action for breach of contract to the extent it claims breach of the inspection clause for failure to state a claim upon which relief can be granted under Fed.R.Civ.P 12(b)(6); (3) an order requiring Plaintiff to make a more definite statement of its first cause of action for breach of contract to the extent it claims breach for alleged failure to report and pay franchise fees on a single repair order and how this leads to damages in excess of $75,000; and, (4) an order under Fed.R.Civ.P 12(f) striking paragraph 20 and Exhibit D of Plaintiff's Complaint as violative of Fed.R.Evidence 408.

This motion is based upon this Notice of Motion and Motion, the Memorandum of Points And Authorities in support thereof and exhibits attached thereto, and the Declaration of Justin Prato Esq.; the papers and pleadings on file; and such additional authority or argument as may be presented in any further brief and/or at the hearing on this motion.

Dated: 8/8/11

PRATO & REICHMAN, APC

By: _____
By, Justin Prato Esq.
For, Christopher J. Reichman Esq.
Attorneys for Defendant
ANTONIO A. TROVATO