Christopher J. Reichman, SBN 250485
Justin Prato SBN 246968
**PRATO & REICHMAN, APC**
3737 Camino del Rio South, Suite 303
San Diego, California 92108
Telephone: 619-516-3300
Facsimile: (619) 255-8620

Attorneys for Defendant
Antonio A. Trovato

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AAMCO TRANSMISSIONS, INC., a Pennsylvania Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ANTONIO A. TROVATO, RICARDO S. TROVATO, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2011-cv-1386 WQH POR<br><br>**DECLARATION OF JUSTIN PRATO ESQ. IN SUPPORT OF DEFENDANT ANTONIO A. TROVATO'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND MOTION TO STRIKE IMPROPER ALLEGATIONS UNDER FED.R.CIV.P 9(b), 12(b)(1), 12(b)(6), 12(f) AND MOTION FOR MORE DEFINITE STATEMENT UNDER 12(e);**<br><br>Date: 9/12/2011<br>Time: 11:00 am<br>Courtroom: 4<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT**<br><br>Judge: Hon. William Q. Hayes |

## DECLARATION OF MR. JUSTIN PRATO

I, Justin Prato Esq., declare that if called as a witness in this case I could competently testify as follows:

1. That I am an attorney duly licensed to practice before all courts in the State of California and in front of the United States District Court, Southern District, and I am one of the attorneys of record for Defendant Antonio A. Trovato

1

2. That a true and correct copy of the Weekly Business Report at question is attached to the Memorandum of Points and Authorities as Exhibit A.

3. That a true and correct copy of a check paid to AAMCO for franchise fees for Exhibit A is attached to the Memorandum of Points and Authorities as Exhibit B.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Dated: 8/8/11

PRATO & REICHMAN, APC

By: _____
By, Justin Prato Esq.
Christopher Reichman Esq.
Attorneys for Defendant
ANTONIO A. TROVATO