| | |
|---|---|
| 1 | Christopher J. Reichman, SBN 250485 |
| | **PRATO & REICHMAN, APC** |
| 2 | 3737 Camino del Rio South, Suite 303 |
| | San Diego, California 92108 |
| 3 | Telephone: 619-516-3300 |
| | Facsimile: (619) 255-8620 |
| 4 | |
| 5 | Attorneys for Defendant |
| | Ricardo S. Trovato |

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AAMCO TRANSMISSIONS, INC.,** a Pennsylvania Corporation, | CASE NO. 2011-cv-1386 WQH POR |
| Plaintiff, | **DEFENDANT RICARDO S. TROVATO JOINS THE MOTION TO DISMISS, MOTION TO STRIKE, AND MOTION FOR MORE DEFINITE STATEMENT OF DEFENDANT ANTONIO A. TROVATO** |
| vs. | |
| **ANTONIO A. TROVATO, RICARDO S. TROVATO, and DOES 1 through 10, inclusive,** | |
| Defendants. | Judge: Hon. William Q. Hayes |

COMES NOW defendant RICARDO S. TROVATO to submit the instant motion to joining in the Motions to Dismiss, Strike, and for More Definite filed by co-defendant ANTONIO A. TROVATO subject to the limitations set forth below.

RICARDO S. TROVATO contends that he was never properly and formally served with the Complaint in this matter.  While process servers merely dropped off two differing versions of the Complaint at his place of business, no mail copies of either version were ever received and substituted service pursuant to California law was never completed. Mindful of the duty to avoid unnecessary expenses of serving the summons, however

/ / /

___

*AAMCO Transmissions, Inc. v.*                 1                Motion To Dismiss Complaint
*Antonio A. Trovato, et al.*

RICARDO S. TROVATO has elected to make his appearance in this matter by joining in the Motions filed by his father and co-defendant rather than quibble with special appearances and motions to quash, without waiving any right to contest the falsehoods contained in the proof of service falsely filed with this Court.

On June 22, 2011, plaintiff AAMCO Transmission, Inc. ("AAMCO") filed its Complaint. RICARDO S. TROVATO agrees with his father and co-defendant that AAMCO's purported allegations of fraud fall woefully short of the requisite pleading standards required by Rule 8 of the Federal Rules of Civil Procedure. For the reasons set forth in the Motion to Dismiss, RICARDO S. TROVATO believes that the Complaint's fraud claim is fatally flawed and should be dismissed by this Court. RICARDO S. TROVATO joins in the Motion to Dismiss rather than filing its own motion separately to minimize the burden on this Court, even though RICARDO S. TROVATO believes even more strongly than his co-defendant that the breach of contract claim is fatally flawed as well and should be dismissed without prejudice rather than merely ordering a more definite statement. RICARDO S. TROVATO does not waive the right to bring such challenges by joining his co-defendant's Motions.

In light of the foregoing, and subject to the qualifications set forth herein, RICARDO S. TROVATO respectfully requests that this Court grant the Motion to Dismiss, Motion To Strike, and, if necessary, Motion For More Definite Statement and such other and further relief this Court deems necessary.

Dated: August 26, 2011					**PRATO & REICHMAN, APC**

									By: /s/ Christopher J Reichman
									Christopher J. Reichman
									Attorney for Defendant
									RICARDO S. TROVATO