1  Dick A. Semerdjian (123630)
   SCHWARTZ SEMERDJIAN BALLARD & CAULEY, LLP.
2  101 West Broadway, Suite 810
   San Diego, CA 92101
3  Telephone: (619) 236-8821
   Facsimile: (619) 236-8827
4  das@ssbclaw.com

5  James A. Goniea, Esq. (170849)
   AAMCO Transmissions, Inc.
6  201 Gibraltar Road
   Horsham, PA 19044
7  Telephone: (267) 464-7262
   jgoniea@americandriveline.com
8
   Attorneys for Plaintiff AAMCO TRANSMISSIONS, INC.
9

10

11              UNITED STATES DISTRICT COURT

12              SOUTHERN DISTRICT OF CALIFORNIA

13 | AAMCO TRANSMISSIONS, INC., | Case No. 2011-cv-1386 WQH POR
14 |     Plaintiff, |
   |                 | **JOINT MOTION FOR DISMISSAL**
15 | v. |
16 | ANTONIO A. TROVATO; |
   | RICARDO S. TROVATO; and DOES 1-10, |
17 | inclusive, |
18 |     Defendants. | **JUDGE: Hon. William J. Hayes**

26  ///
27  ///
28  ////

**JOINT MOTION FOR DISMISSAL**

TO THE COURT AND ALL PARTIES IT IS HEREBY JOINTLY REQUESTED BY Plaintiff, AAMCO Transmissions, Inc. ("AAMCO"), and Defendants ANTONIO A. TROVATO and RICARDO S. TROVATO ("Defendants"), that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed.R. Civ.P. 41(a)(1).

DATED:   February 28, 2012

AAMCO TRANSMISSIONS, INC.,

&

SCHWARTZ SEMERDJIAN BALLARD CAULEY, LLP.

By:   /s/ Dick A. Semerdjian
      Dick A. Semerdjian
      Attorneys for Plaintiff AAMCO
      TRANSMISSIONS, INC., LLC

PRATO & REICHMAN, APC

By:   /s/ Christopher J. Reichman, Esq.
      Christopher J. Reichman, Esq.
      Attorneys for Defendants ANTONIO A. TROVATO; RICARDO S. TROVATO;