# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AAMCO TRANSMISSIONS, INC., <br><br> Plaintiff, <br> vs. <br> ANTONIO A. TROVATO; RICARDO S. TROVATO; and DOES 1-10, inclusive, <br><br> Defendants. | CASE NO. 11cv1386-WQH-POR <br><br> ORDER |

HAYES, Judge:

On February 28, 2012, parties in the above-captioned action filed a Joint Motion for Dismissal requesting that this Court enter a dismissal with prejudice of plaintiff's complaint in its entirety pursuant to Fed. R. Civ. P. 41(a)(1). (ECF No. 17). The Joint Motion for Dismissal is GRANTED. Plaintiff's complaint in the above-captioned action is dismissed in its entirety with prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

DATED: February 29, 2012

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge